# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate |
| Edward V. Sapone, Esq., Partner | Michael Vitaliano, Esq., Associate |
| **MANHATTAN** | **LONG ISLAND** |
| 40 Fulton Street, 23rd Floor | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10038 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (347) 408-0492 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: william@saponepetrillo.com |

*BY ECF*

January 25, 2021

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/26/21__

Re:   *United States v. Washington Ordonez*
      Dkt. No.: 13-CR-811

Dear Judge Carter:

I served as CJA counsel to Defendant Washington Ordonez in the above-referenced case. I write to respectfully request that the Court re-appoint me as Mr. Ordonez's CJA counsel to assist him in filing a motion for compassionate release.

Mr. Ordonez is currently serving the 47-month sentence imposed by the Court in this case at FCI Schuylkill in Pennsylvania. He is scheduled for release later this year. He recently contacted my office to ask for my assistance in making an application for compassionate release. Based on my background with Mr. Ordonez and his case, I believe I am well suited to assist him in making such a motion. I am, therefore, respectfully requesting that the Court re-appoint me for this purpose.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

/s/ Edward V. Sapone
Edward V. Sapone

**The application is granted.
So Ordered.**

*/s/ Andrew L. Carter*
1/26/21